**PETE VICARI GENERAL CONTRACTOR, INC.,**
Plaintiff–Appellant,

v.

**UNITED STATES, Defendant–Cross Appellant.**

Nos. 02–5135, 02–5136.

United States Court of Appeals, Federal Circuit.

DECIDED: June 3, 2003.

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.